# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| DAMRON LAYCOX<br>ADC #55182 | PLAINTIFF |
| V. No. 3:21-CV-00008-LPR-JTR | |
| JOE PAGE, III, Warden<br>Grimes Unit, ADC, *et al.* | DEFENDANTS |

## **ORDER**

Plaintiff Damron Laycox ("Laycox") filed a Motion for Temporary Restraining Order (*Doc. 7*) seeking to enjoin Defendants from placing him back into general population at the Grimes Unit of the Arkansans Division of Corrections ("ADC"), due to his safety concerns about certain inmates at the Grimes Unit that had allegedly assaulted him. On May 4, 2021, Laycox filed a Notice of Change of Address with the Court (*Doc. 8*), stating that he had been transferred from the Grimes Unit to the ADC's East Arkansas Regional Unit. Accordingly, Laycox's Motion for Temporary Restraining Order is DENIED as moot.

IT IS SO ORDERED this 25th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE