UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAMRON LAYCOX**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #551582**

v.　　　　　　　　　　　　　　No. 3:21-CV-8-LPR

**JOE PAGE, III, Warden, Grimes Unit, et al.**　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  (Doc. 31).  No objections have been filed and the time to do so has expired.  After a careful and *de novo* review of the Recommendation and the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. 23) is GRANTED, and Mr. Laycox's Complaint is DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of September 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　UNITED STATES DISTRICT JUDGE