UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAMRON LAYCOX**                                                                                     **PLAINTIFF**
**ADC #551582**

v.                                       No. 3:21-CV-8-LPR

**JOE PAGE, III, Warden, Grimes Unit, et al.**                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day (Doc. 32), it is CONSIDERED, ORDERED, AND ADJUDGED that this case is dismissed without prejudice. All relief sought is denied and the case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Judgment or the associated Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE